UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:19-mj-00733 |
| | ) | |
| MARCUS PETTUS, | ) | |
| | ) | |
| Defendant. | ) | |

**SEALED**

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 2251(a) | 15-30 Years | NMT $250,000 | 5 Years - Life | |

Dated: _____     _____
                                   MARCUS PETTUS
                                   Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge