UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
DEC 10 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:19-cr- |
| MARCUS PETTUS, | ) | 1 : 1 9 -cr- 0 3 8 9 JMS -DLP |
| Defendant. | ) | |

**PENALTY SHEET**

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1-4 | 18 U.S.C. §§ 2251(a) and (e) Sexual Exploitation of a Minor, Minor Victim #1 | 15-30 Years | $250,000 | 5 years - Life | |

Dated: _____     _____
                                                                MARCUS PETTUS,
                                                                Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana