AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
DEC 3 0 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

MARCUS PETTUS

_Defendant_

Case No. 1:19-cr-0389 JMS-DLP

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     MARCUS PETTUS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-4: Sexual Exploitation of a Minor, Minor Victim #1, in violation of 18 U.S.C. §§ 2251 (a) and (e).

Date: December 11, 2019

CLERK OF COURT, Laura A. Briggs
BY: _[signature]_ Deputy Clerk

City and state:     Indianapolis, IN

| Return |
|---|
| This warrant was received on _(date)_ 12/11/19, and the person was arrested on _(date)_ 12/30/19 at _(city and state)_ Indianapolis, IN. |
| Date: 12/30/19     _[signature]_ Arresting officer's signature |
|     Andrew Arnold DUSM     Printed name and title |